JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN COURTNEY JOHNSON,<br><br>  Petitioner,<br>  v.<br><br>FEDERAL BUREAU OF PRISONS,<br>et al.,<br><br>  Respondents. | Case No. CV 12-5418-R (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed.

DATED: July 9, 2013

_____
HONORABLE MANUEL L. REAL
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge